# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ARNALDO E. RIOS-SOTO, BY AND
THROUGH HIS GUARDIANS, GLADYS
SOTO AND MIRIAM RIOS,

      Appellants,

  v.

Case No.  5D21-360
LT Case No. 2020-CA-005622

CRYSTAL LAKE SUPPORTIVE  ENVIRONMENTS,
INC., D/B/A ATTAIN, INC., A/K/A BEECHDALE
GROUP HOME, AND CRAIG COOK,

      Appellees.

_____/

Decision filed December 27, 2022

Appeal from the Circuit Court
for Orange County,
Denise Beamer, Judge.

Matthew W. Dietz, of Shepard Broad College of Law
Nova Southeastern University, Ft. Lauderdale, and
Aaron A. Karger, of Law Office of Aaron A. Karger,
P.A., North Miami Beach, for Appellants.

Gigi Rollini, Melanie Leitman, Robert J. Walters, and
Grace Mead, of Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A., Tallahassee, for Appellees.

PER CURIAM.

    AFFIRMED.

COHEN, TRAVER and WOZNIAK, JJ., concur.